■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ANDROSCO, Appellant.— Appeal by defendant from an order of the County Court, Nassau County, dated June 2, 1964, which denied his application for resentence. Appeal dismissed. The order denying resentencing is not appealable (Code Crim. Pro., § 517). Moreover, we have examined the record and the arguments proffered by the defendant, and if the order had been appealable we would have affirmed it in any event. Beldock, P. J., Ughetta, Christ, Hopkins and Benjamin, JJ. concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM DAVIDSON, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, entered July 3, 1964, which denied without a hearing his application to vacate a judgment of the former County Court, Kings County, rendered January 16, 1947 after a jury trial, convicting him of assault in the first degree, and imposing sentence. The judgment of conviction was previously affirmed by this court (272 App. Div. 1066, affd. 297 N. Y. 894, cert. den. 335 U. S. 899). Order affirmed. No opinion. Beldock, P. J., Ughetta, Christ, Hopkins and Benjamin, JJ., concur.